UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL BAKER, | Case No. 2:19-cv-09157 |
| Plaintiff, | |
| v. | |
| EXACTECH, INC. and EXACTECH US, INC., | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff Michael Baker and counsel for the Defendants that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the above-captioned action, including all Defendants and all claims, is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: July 30, 2019

*/s/ Nicholas R. Rockforte*
Nicolas R. Rockforte (LA Bar No. 31305)
PENDLEY, BAUDIN & COFFIN, L.L.P.
P.O. Box 71
24110 Eden Street
Plaquemine, Louisiana 70765
Tel: (225) 687-6396
Fax: (225) 687-6398
nrockforte@pbclawfirm.com

*Attorneys for Plaintiff*

/s/ *Barry J. Koopmann*
Barry J. Koopmann (*pro hac vice*)
Jesse E. Sater (*pro hac vice*)
**BOWMAN AND BROOKE LLP**
150 South Fifth Street, Suite 30000
Minneapolis, MN 55402
Tel: (612) 839-8682
Fax: (612) 672-3200
Barry.Koopmann@bowmanandbrooke.com
Jesse.Sater@bowmanandbrooke.com

and

John P. Wolff, III (LSBN #14504)
**Keogh, Cox & Wilson, Ltd.**
701 Main Street, Baton Rouge, LA 70802
P.O. Box 1151, Baton Rouge, LA 70821
Tel: (225) 383-3796 (main)
Fax: (225) 343-9612
Email: jwolff@keoghcox.com

*Counsel for Exactech, Inc. and Exactech US, Inc.*